[Crim. No. 28.   Second Appellate District.—March 14, 1906.]

Ex parte THOMAS CONNER on Habeas Corpus.

CRIMINAL LAW—ORDER TO KEEP THE PEACE—IMPRISONMENT IN DE-
FAULT OF BOND—HABEAS CORPUS.—A prisoner who had been ar-
rested under a warrant issued by a justice of the peace, on an
information that he had threatened to commit an offense against
the person of another, and on being brought before the justice
was ordered to give a bond to keep the peace, and in case of fail-
ure, to be imprisoned in the county jail for a period not to exceed
six months, and who was committed to the custody of the sheriff
upon his failure to give such bond, is entitled to be discharged on
*habeas corpus,* if the deposition of the informer was not taken
by the justice before issuing the warrant, and the information
fails to show facts justifying its issuance.

APPLICATION for a writ of *habeas corpus.*

The facts are stated in the opinion of the court.

Henry E. Wills, and James D. Reymert, for Petitioner.

J. D. Fredericks, District Attorney, and Paul J. McCormick,
Deputy District Attorney, for Respondent.

SMITH, J.—The prisoner was arrested under a warrant
issued by a justice on the information of Clemenia T. Hill,
that he had threatened to commit an offense against the per-
son of another, and on being brought before the justice was
ordered to give bond in the sum of $500 to the people of the
state to keep the peace, etc., and in case of failure, to be im-
prisoned in the county jail for a period not to exceed six
months; and, having failed to give the bond, he is now in cus-
tody of the sheriff under a warrant of commitment, to be held
until the bond shall be given, or until the expiration of the
six months referred to.    The deposition of the informer was
not taken by the justice before issuing the warrant, nor do we
think the written information verified by her shows the facts
necessary to justify the issue of the warrant.

3 Cal. App.—16

We are of the opinion, therefore, that the prisoner must be discharged; and it is so ordered.

. Gray, P. J., and Allen, J., concurred.